**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0414n.06
Filed: May 18, 2005

**No. 04-5569**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| JERRY A. COPELAND, | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | |
| | ) | **ON APPEAL FROM THE** |
| **v.** | ) | **UNITED STATES DISTRICT** |
| | ) | **COURT FOR THE MIDDLE** |
| TRW AUTOMOTIVE U.S. LLC | ) | **DISTRICT OF TENNESSEE** |
| | ) | |
| **Defendant-Appellee,** | ) | |
| | ) | |

**BEFORE: KEITH, MERRITT, and CLAY, Circuit Judges**

**PER CURIAM**. The Plaintiff-Appellant Jerry Copeland ("Copeland") filed this action on June 27, 2002, in the United States District Court for the Middle District of Tennessee, alleging violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621 *et. seq.*, and the Tennessee Human Rights Act ("THRA"), Tenn. Code. Ann. § 4-21-101, *et. seq.*, arising out of the termination of his employment with Defendant-Appellee TRW Automotive U.S., LLC ("TRW"). On September 19, 2003, TRW filed a Motion for Summary Judgment seeking dismissal of Copeland's claims. On April 2, 2004, the Court entered an Order granting TRW's Motion for Summary Judgment and dismissed the action with prejudice.

Upon reviewing the opinion and order issued by the district court in this case, this panel finds that the district court thoroughly articulated its well-founded reasons for granting Defendant's Motion for Summary Judgment in this case. Accordingly, we adopt the reasoning and the holding of the district court in its opinion dated April 2, 2004, and **AFFIRM** its decision.